IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


ANDREY GONCHAROV                    )
                    Petitioner,     )
                                    )
        vs.                         )   C.A. No. 04-371 ERIE
                                    )
THOMAS HOGAN                        )
                    Respondent      )


RULE AND ORDER


        AND NOW, this 5th day of July, 2005, after Petitioner presented a petition for a writ
of habeas corpus,

        IT IS HEREBY ORDERED that the Report and Recommendation dated May 19,
2005 [Document # 11] is VACATED as Petitioner has now paid the filing fee.

        IT IS FURTHER ORDERED that the United States Marshal shall make service of
this order, together with a copy of the petition, upon the Respondent, the District Attorney of Erie
County, and the Attorney General of the Commonwealth of Pennsylvania.

        IT IS FURTHER ORDERED that within twenty days of service of this order, the
respondent, and the District Attorney of Erie County, Pennsylvania shall respond to the
allegations of the petition for writ of habeas corpus.  The District Attorney shall address all of the
following: 1) the statute of limitations, 28 U.S.C. § 2254(d)(1)-(2);   2) the exhaustion of state
court remedies as required by 28 U.S.C. §§ 2254(b) and Picard v. Connor, 404 U.S. 270 (1971);
Rose v. Lundy, 455 U.S. 509 (1982); United States ex. rel. Trantino v. Hatrack, 563 F.2d 86 (3d
Cir. 1977); Zicarelli v. Gray, 543 F.2d 466 (3d Cir. 1976), with respect to each claim raised by
the Petitioner and, if appropriate, whether any of the claims were procedurally defaulted, and 3)

1

the merits of the petition.  The answer shall comply with Rule 5 of the Rules Governing Section 2254 cases in the United States District Courts.  The District Attorney shall furnish this court with the state court records, including all transcripts, all briefs filed by the Petitioner, and all written opinions of the state courts/agencies as well as certified copies of the docket sheets of all the state courts/agencies involved.

**IT IS FURTHER ORDERED that the Respondent must address the propriety of a transfer pursuant to the Real ID Act of 2005, 8 U.S.C.A. § 1252 (effective May 11, 2005).**

IT IS FURTHER ORDERED that the parties are allowed ten (10) days from this date to appeal this order to a district judge pursuant to Rule 72.1.3(B) of the Local Rules for Magistrates. Failure to appeal within ten (10) days may constitute waiver of the right to appeal.


S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief United States Magistrate Judge


cc:        Andrey Goncharov, 85050
           York County Prison
           3400 Concord Road
           York, PA 17402

           District Attorney of Erie County

           Attorney General of Pennsylvania

2