

**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

---

241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

December 30, 2005

Susan Paradise Baxter
U.S. Magistrate Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # **CA-04-0371 Erie**

Dear Judge Baxter,

On **11/04/05** a letter was sent to your office informing you that a request for payment for service had been sent to **Andrey Goncharov** but had not been received on the above mentioned case for defendant(s) **Hogan, Attorney General for the Commonwealth of Pa., and the Erie County District Attorney** and requesting that this office be advised if further action was taken or needed to be taken.

It has been over 30 days and no indication has been received by this office. We are now closing our files. Please find the documents attached.


Sincerely,

Thomas Fitzgerald
United States Marshal
Western District of Pennsylvania

*Sheila Blessing*
By: Sheila Blessing
   Administrative Assistant
   United States Marshals Service
   Western District Of Pennsylvania

*U.S. Department of Justice*

*United States Marshals Service*

*Western District of Pennsylvania*



241 U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

November 4, 2005

Susan Paradise Baxter
U.S. District Judge
U.S. Post Office and Courthouse
7th Avenue and Grant Street
Pittsburgh, Pa. 15219

CASE # **CA-04-0371 Erie**

Dear Judge Baxter,

On **07/12/05** a letter requesting payment for service was mailed to **Andrey Goncharov, #85050 at York County Prison, 3400 Concord Road, York, Pa. 17402.**

*Attached is a/are copy/copies of the letter. As of this date payment for service has/have not been received for defendant(s)* **Thomas Hogan, the Attorney General for the Commonwealth and the Erie County District Attorney**. *Therefore, service has not been attempted on this/these named defendant(s). Please advise this office if further action is taken or needs to be taken.*

Sincerely,

Thomas M. Fitzgerald
United States Marshal
Western District of Pennsylvania

*[signature: Sheila Blessing]*

By: Sheila Blessing
    Administrative Assistant
    United States Marshals Service
    Western District Of Pennsylvania



**U.S. Department of Justice**

**United States Marshals Service**

**Western District of Pennsylvania**

---

241 U.S. Post Office/Courthouse
7th Avenue and Grant Street
Pittsburgh, PA 15219

July 12, 2005

Andrey Goncharov, #85050
York County Prison
3400 Concord Road
York, Pa. 17402

Dear Mr./Ms. Goncharov,

Our office is in receipt of a **Petition and Order** for case No. **CA-04-0371 Erie** dated **07/05/05** requiring service on the defendants by certified mail. Prepayment of our fee is required since this is a private case and no In Forma Pauperis Order was approved. If you fail to prepay our fee we will be unable to complete service for you.

Please submit a certified check or money order payable to the U.S. Marshal Service for **$24.00** and return it in the enclosed envelope. **Please include the civil action case number on the check/money order.**


Sincerely,

THOMAS M. FITZGERALD
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

*[signature]*

By: Sheila Blessing
 Administrative Assistant
 United States Marshals Service
 Western District of Pennsylvania

ENCLOSURE