IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANDREY GONCHAROV,          )
       Petitioner          )
                           )
                           )   C.A. No. 04-371 Erie
                           )
THOMAS HOGAN,              )
       Respondent          )

**O R D E R**

AND NOW, this <u>4th</u> day of January, 2006;

IT IS HEREBY ORDERED that Petitioner shall, on or before January 20, 2006, show cause for his failure to cooperate with the U.S. Marshal Service in its efforts to serve the petition. Failure to do so will result in the dismissal of this action for failure to prosecute.

<u>S/ Susan Paradise Baxter</u>
SUSAN PARADISE BAXTER
CHIEF UNITED STATES MAGISTRATE JUDGE