## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANDREY GONCHAROV, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 04-371 Erie |
| THOMAS HOGAN, | ) |
| Respondent. | ) |

### MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on December 20, 2004, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 17], filed on January 23, 2006, recommended that the petition for writ of habeas corpus be dismissed for failure to prosecute. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondent. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation and objections thereto, the following order is entered:

AND NOW, this 13th day of February, 2006;

IT IS HEREBY ORDERED that the petition for writ of habeas corpus is DISMISSED for failure to prosecute.

The Report and Recommendation [Doc. No. 17] of Magistrate Judge Baxter, filed on January 23, 2006, is adopted as the opinion of the Court.

                                                       s/   Sean J. McLaughlin
                                                          United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge